IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

RECEIVED
2007 NOV 27  A 9: 47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

DC Echols
Plaintiff(s)

vs.

State Of Alabama
Defendant(s)

2:07CV1043-mht

I, DC Echols, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?     YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   1990, L+L construction $8.00 per hr.

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )  NO (✓)

   B. Rent payments, interest or dividends?  YES ( )  NO (✓)

   C. Pensions, annuities or life insurance payments?  YES ( )  NO (✓)

   D. Gifts or inheritances?  YES ( )  NO (✓)

   E. Any other sources?  YES ( )  NO (✓)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

   _____
   _____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned.
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value.
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.   None
   _____
   _____
   _____

                                          OC Echols
                                     _____
                                         Signature of Affiant


STATE OF ALABAMA      )
COUNTY OF ~~Montg~~ Elmore

   Before me, a notary public in and for said County, in said State,

personally appeared_____, whose name is signed

to the foregoing complaint, who being first duly sworn, deposes on oath and

says:

   That the information set forth in the foregoing affidavit is true and
   correct to the best of his knowledge and belief.

                                     _____
                                         Signature of Affiant

Sworn to and subscribed before me this _____ day of _____, 19___.


                                     _____
                                         Notary Public

                                     _____County, Alabama


                              O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                       (date)

_____
Signature of Affiant

CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __.10¢__ on account to his credit at the __AN Staton Correctional Facility__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ 6.07      on the 1st day of June 2007
2. $ 9.98      on the 1st day of July 2007
3. $ 2.93      on the 1st day of August 2007
4. $ 2.88      on the 1st day of Sept 2007
5. $  .84      on the 1st day of Oct 2007
6. $ 13.33     on the 1st day of Nov 2007

_____
Authorized Officer of Institution

DATE 11/19/07

```
                    STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
                  Staton Correctional Facililty


AIS #: 165602      NAME: ECHOLS, D.C.             AS OF: 11/19/2007

                   # OF        AVG DAILY          MONTHLY
         MONTH     DAYS        BALANCE            DEPOSITS
         -----------------------------------------------------

         NOV       11          $0.01              $0.00
         DEC       31          $14.05             $85.00
         JAN       31          $3.50              $35.00
         FEB       28          $6.39              $25.00
         MAR       31          $13.06             $80.00
         APR       30          $3.93              $35.00
         MAY       31          $3.93              $65.00
         JUN       30          $6.07              $35.00
         JUL       31          $9.98              $55.00
         AUG       31          $2.93              $25.00
         SEP       30          $2.88              $35.00
         OCT       31          $0.84              $20.00
         NOV       19          $13.33             $30.00
```

## INMATE REQUEST SLIP

Name DC Echols    Quarters B-144A    Date 11-16-07

AIS # 165602

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet    (✓) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Requesting a copy of last six (6) months of funds list.

Thank you,

Do Not Write Below This Line - **For Reply Only**

CE 11/19/07

**Approved**    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden    ( ) Deputy Warden    ( ) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176