IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DC ECHOLS, #165 602 | * | |
| Petitioner, | * | |
| v. | * | 2:07-CV-1043-MHT |
| LEON FORNISS, *et al*., | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (*Doc. No. 3*) be and is hereby GRANTED.

Done, this 28th day of November 2007.

   /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE