IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| D.C. ECHOLS, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv1043-MHT |
| | ) | |
| LEON FORNISS, Warden, and | ) | |
| TROY KING, Attorney | ) | |
| General of the State of | ) | |
| Alabama, | ) | |
| | ) | |
|    Respondents. | ) | |

ORDER

It is ORDERED that the objection to taxation of costs and fees (Doc. No. 9) is overruled.

DONE, this the 30th day of January, 2008.

                               /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE