IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| D.C. ECHOLS, ) | |
| ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv1043-MHT |
| ) | |
| LEON FORNISS, Warden, and ) | |
| TROY KING, Attorney ) | |
| General of the State of ) | |
| Alabama, ) | |
| ) | |
|    Respondents. ) | |

### ORDER

This cause is now before the court on petitioner's notice of appeal (Doc. No. 11), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 6th day of February, 2008.

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**