IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
D.C. ECHOLS,                      )
                                  )
    Petitioner,                   )
                                  )        CIVIL ACTION NO.
    v.                            )         2:07cv1043-MHT
                                  )
LEON FORNISS, Warden, and         )
TROY KING, Attorney               )
General of the State of           )
Alabama,                          )
                                  )
    Respondents.                  )
```

## ORDER

It is ORDERED that the motion to amend (Doc. No. 16) is denied.

DONE, this the 29th day of February, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE