Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

May 01, 2008

**Appeal Number: 08-10562-B**
Case Style: D. C. Echols v. Leon Forniss
District Court Number: 07-01043 CV-T-N

TO:   Debra P. Hackett

CC:   D. C. Echols (165602)

CC:   Andy S. Poole

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 01, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-10562-B**
Case Style: D. C. Echols v. Leon Forniss
District Court Number: 07-01043 CV-T-N

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 08-10562-B

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY - 1 2008

THOMAS K. KAHN
CLERK

D. C. ECHOLS,

Petitioner-Appellant,

versus

LEON FORNISS, Warden,
TROY KING, The Attorney General
of the State of Alabama,

Respondents-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000). Since appellant has failed to satisfy Slack's test, his motion for a certificate of appealability is DENIED.

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

A True Copy - Attest:
Clerk, U.S. Court of Appeals
Eleventh Circuit

by: Carolyn Mazere
Deputy Clerk
Atlanta, Georgia

/s/ Ed Carnes
UNITED STATES CIRCUIT JUDGE