Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

June 10, 2008

**Appeal Number: 08-10562-B**
Case Style: D. C. Echols v. Leon Forniss
District Court Number: 07-01043 CV-T-N ()

TO:   D. C. Echols (165602)

CC:   Andy S. Poole

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 10, 2008

D. C. Echols (165602)
Staton CC
PO BOX 56
ELMORE  AL  36025-0056

**Appeal Number: 08-10562-B**
Case Style: D. C. Echols v. Leon Forniss
District Court Number:  07-01043  CV-T-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.


Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers /ecm  (404) 335-6181

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 10 2008

THOMAS K. KAHN
CLERK

No. 08-10562-B

D. C. ECHOLS,

                         Petitioner-Appellant,

versus

LEON FORNISS, Warden,
TROY KING, The Attorney General
of the State of Alabama,

                         Respondents-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before CARNES and BARKETT, Circuit Judges.

BY THE COURT:

    Appellant has filed a "Motion for Certificate of Appealability Pursuant to 28 U.S.C. § 2253(c)(2)," which we have construed as a motion for reconsideration of our order dated May 1, 2008. Upon reconsideration, appellant's motion for a certificate of appealability is DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 520 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000); Williams v. Chatman, 510 F.3d 1290, 1295 (11th Cir. 2007).

    Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.